# CASES REPORTED WITH BRIEF SYLLABI

AND

## DECISIONS HANDED DOWN WITHOUT OPINION.

FIRST DEPARTMENT, MAY, 1918.

FRANK D'ANGELO and ANTONIO MASIELLO, Respondents, *v.* 1482 BROADWAY CORPORATION, Appellant.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office March 27, 1917, upon a decision after a trial at Special Term.

PER CURIAM: The judgment in so far as it requires defendant to install and operate an elevator, and the conclusion of law authorizing it in that regard are reversed, on the ground that defendant did not agree to install or operate an elevator, and the provisions of the judgment and conclusions of law relating to the elevators are eliminated, and the judgment as so modified is affirmed, without costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ. Judgment modified as stated in opinion, and as modified affirmed, without costs. Order to be settled on notice

THE COMMERCIAL TRUST COMPANY OF NEW YORK, Appellant, *v.* COLUMBIA TRUST COMPANY, Respondent.

Appeal by the plaintiff, The Commercial Trust Company of New York, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York, November 3, 1917, denying its motion to vacate an order for its examination before trial.

SMITH, J.: This order must be reversed, with ten dollars costs and disbursements, and the motion granted upon the authority of *Bamberger* v. *Cooke* (181 App. Div. 805). The defendant is entitled to an examination if the issues be specified. The defendant may renew the application whereupon the order may provide the specific matters upon which the defendant shall be allowed to examine the plaintiff before trial. Clarke, P. J., Dowling, Page and Shearn, JJ., concurred. Order reversed, with ten dollars costs and disbursements, and motion granted with leave to renew as stated in opinion.